**94–760.** State v. Johnson. *Montgomery County*, No. 13732. On motion for appeal bond. Motion denied.

**94–1018.** State ex rel. Men-Guer Chrysler Plymouth, Inc. v. Chrysler Corp. In Quo Warranto. On application for stay. Application denied.

RESNICK, J., would grant an alternative writ.

On motion for alternative writ. Motion denied.

WRIGHT and F.E. SWEENEY, JJ., would dismiss the cause.

RESNICK, J., would grant an alternative writ.

**94–1148.** Concrete Constr. Co. v. Dayton. *Montgomery County*, No. 12937. This cause is pending before the court as a discretionary appeal. Appellant originally filed a memorandum in support of jurisdiction on June 3, 1994. On June 7, 1994, appellant filed a motion to withdraw memorandum in support of claimed jurisdiction and to refile it within applicable page limit. Rule VIII, Section 7 of the Rules of Practice of the Supreme Court of Ohio, effective June 1, 1994, requires that a revised document be filed within the time permitted by the rules for filing the original document. In that appellant's memorandum in support of jurisdiction was due on June 3, 1994,

IT IS ORDERED by the court, *sua sponte*, effective June 15, 1994, that appellant's motion to withdraw memorandum in support of claimed jurisdiction and to refile it within applicable page limit be, and is hereby, stricken.

## DISCIPLINARY DOCKET

**90–1711.** Disciplinary Counsel v. Cox. On issuance of show cause order. Lawrence Virgil Cox is given thirty days to pay his costs in full or he will be found in contempt.

RESNICK, J., would grant sixty days.

## MISCELLANEOUS DISMISSALS

**93–2131.** State v. Baker. *Carroll County*, No. 608. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Carroll County to certify its record. The motion to withdraw as counsel for appellant by Kerry O'Brien was granted by this court on January 19, 1994. Notice of appearance of counsel by David Doughten was filed on March 14, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective May 31, 1994.

MOYER, C.J., not participating.

**93–2132.** In re Petition for Forfeiture of 1978 Kenworth Tractor. *Carroll County*, No. 605. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Carroll County to certify its record. The motion to withdraw as counsel for appellant by Kerry O'Brien was granted by this court on January 19, 1994. Notice of appearance of counsel by David Doughten was filed on March 14, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective May 31, 1994.

MOYER, C.J., not participating.

**93–2343.** Cleveland Elec. Illum. Co. v. Lake Underground Storage Corp. *Lake County*, No. 93–L–039. This cause is pending before the court as a discretionary appeal. This court denied appellant's motion for stay on January 5, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of